# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.   CITATION/CASE NO._____

V.

_____   **JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #:_____
DATE OF BIRTH:_____
DRIVER'S SIGNATURE #: _____
ADDRESS: _____
          _____
          City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____        _____
                                              Defendant's Signature
_____

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(  ) Penalty **ASSESSMENT** of $ _____        (  ) **RESTITUTION** of $ _____

(  ) **PROCESSING Fee** of $_____            (  ) **FINE** of $ _____

for a **TOTAL AMOUNT** of $ _____,

paid within _____ **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - **note late payments could be subject to late/delinquent charges imposed by C.V.B.**

(  ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a. m. / p. m. in Courtroom _____
(  ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____
(  ) RESTITUTION / VICTIM information _____
_____
(  ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
(  ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
(  ) PROBATION to be unsupervised / supervised for: _____
_____
_____
_____

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| CENTRAL VIOLATIONS BUREAU | CLERK U.S.D.C. | CLERK U.S.D.C |
| PO Box 71363 | 501 "I" St., #4-200 | 2500 Tulare St., Rm 1501 |
| Philadelphia, PA  19176-1363 | Sacramento, CA  95814 | Fresno, CA  93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: _____        _____
                                                        U.S. MAGISTRATE JUDGE